Frank Candee, Appellant, v. Pennsylvania Railroad Company, Respondent.— Order reversed, with costs, and verdict of jury reinstated. All concurred, except Foote and Robson, JJ., who dissented.

Fred H. Zorn, Respondent, v. Matthew J. Hallings, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict of the jury is against the weight of the evidence, both as to defendant's negligence and plaintiff's freedom from contributory negligence. All concurred, except Kruse, P. J., and Robson, J., who dissented.

John L. Ingraham, Respondent, v. Morris & Company, Appellant.— Judgment and order denying motion for new trial upon the minutes of the court affirmed, with costs. Order denying motion for new trial on the ground of newly-discovered evidence affirmed, without costs. All concurred.

Mary E. Gilbert, by Charles Saunders, Her Guardian ad Litem, Respondent, v. Empire Gas and Fuel Company, Limited, Appellant.— Judgment and order affirmed, with costs. All concurred.

The New York Central and Hudson River Railroad Company, Respondent, v. Lillian Sweeting and Another, Appellants.— Judgment and orders affirmed, with costs. All concurred.

Leo Mosakowski, an Infant, by William Mosakowski, His Guardian ad Litem, Respondent, v. Utica Knitting Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Alexander Zanello, Respondent, v. J. Anthony Culkin and One, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

George Brewster, Respondent, v. Bastian Brothers Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

William A. Walker, Respondent, v. Louis Rosekoff and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.